IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| TINA BOYD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:11cv748-MHT |
| | ) | (WO) |
| KOCH FOODS OF ALABAMA, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff Tina Boyd show cause, if any there by, in writing by November 28, 2011, as to whether there is "good cause" under Fed. R. Civ. P. 4(m) to extend the service-of-process deadline to November 28, 2011, and why the motion to dismiss on insufficiency of service-of-process grounds filed by defendant Koch Foods of America, LLC (Doc. No. 38) should not be granted.

DONE, this the XYZ day of November, 2011.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE