IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TINA BOYD and TARSHA HUNTER, )<br>)<br>    Plaintiffs,       )<br>                       )<br>    v.                 )<br>                       )<br>KOCH FOODS OF ALABAMA, LLC,  )<br>et al.,                )<br>                       )<br>    Defendants.        ) | CIVIL ACTION NO.<br>  2:11cv748-MHT<br>       (WO) |

### ORDER

The court being of the opinion that the plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") based on violations of 8 U.S.C. § 1324(a)(1)(A)(iv) are not supported by the allegations in the complaint or by the evidentiary record, it is ORDERED as follows:

(1)  The motions to dismiss (Doc. Nos. 148, 150, & 151) and the motions for summary judgment (Doc. Nos. 127, 130, 133, 134, & 155) are granted as to the plaintiffs' claims under RICO based on 8 U.S.C. § 1324(a)(1)(A)(iv).

(2) The motions to dismiss (Doc. Nos. 148, 150, & 151) are denied as to the plaintiffs' claims under RICO based on 8 U.S.C. § 1324(a)(1)(A)(iii) and § 1324(a)(1)(A)(v)(I)-(II).

(3) The motions to dismiss (Doc. Nos. 148, 150, & 151) are denied in all other respects as well.

(4) The motions for summary judgment (Doc. Nos. 127, 130, 133, 134, & 155) in all other respects are still pending.

DONE, this the 6th day of February, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**