IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TINA BOYD and TARSHA HUNTER,)
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )     2:11cv748-MHT
                            )        (WO)
KOCH FOODS OF ALABAMA, LLC, )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 346, 347, 350, 355, and 360) and objections (Doc. Nos. 351 and 359), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than September 24, 2013, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by September 26, 2013,(a) as to which issues in the motions and objections are resolved and which ones remain unresolved and (b), for

each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 18th day of September, 2013.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE