IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TINA BOYD and TARSHA HUNTER,)
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )     2:11cv748-MHT
                            )          (WO)
KOCH FOODS OF ALABAMA, LLC, )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

The court having been informed that this cause is now settled as to plaintiff Tarsha Hunter, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Tarsha Hunter and her claims are dismissed in their entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the claims reinstated or the settlement enforced, should the settlement not be

consummated.  Plaintiff Hunter is terminated as a party subject to these conditions.

It is further ORDERED that all outstanding motions pertaining to plaintiff Hunter are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 7th day of October, 2013.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**